AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____.
Kalitenko, MD, Sergey A. Kalitenko, Physician, P.C.

Date: _____                                    *Robert E. Hewitt*
                                                        _____
                                                        *Attorney's signature*

                                                        _____
                                                        *Printed name and bar number*

                                                        _____
                                                        *Address*

                                                        _____
                                                        *E-mail address*

                                                        _____
                                                        *Telephone number*

                                                        _____
                                                        *FAX number*